FOR ONLINE PUBLICATION ONLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDWIN JOSUE PADILLA MOLINA,

                            Petitioner,

                    -against-

**ORDER**
25-cv-6526 (JMA)

FRANCIS DELEON, in his official capacity as Acting Assistant Field Office Director for the New York Field Office for Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States of America,

                            Respondents.
------------------------------------------------------------------------X

**AZRACK, United States District Judge:**

      On November 23, 2025, U.S. Immigration and Customs Enforcement detained Petitioner in Central Islip. Petitioner filed a Petition for a Writ of Habeas Corpus, ECF No. 1, alleging that his detention violates his constitutional and statutory rights. Petitioner subsequently moved for entry of a Temporary Restraining Order, ECF No. 9, supported by an accompanying Memorandum of Law, seeking immediate release from custody. On December 3, 2025, ICE transferred Petitioner to the Metropolitan Detention Center in Brooklyn, where he remains detained. ECF No. 12.

      Based on the declarations, exhibits, legal authorities, and arguments submitted, the Court finds that Petitioner has established a likelihood of success on the merits of his Petition. See Hyppolite v. Noem, No. 25-cv-4304, 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025) (granting writ of habeas corpus, holding that Petitioner who had been in the United States for three years was subject to discretionary detention pursuant to 8 U.S.C. § 1226(a), not mandatory detention pursuant to 8 U.S.C. § 1225(b)); Artiga v. Genalo, No. 25-cv-5208, 2025 WL 2829434 (E.D.N.Y. Oct. 5, 2025) (similar); J.U. v. Maldonado, No. 25-cv-04836, 2025 WL 2772765 (E.D.N.Y. Sept. 29, 2025) (similar); O.F.B. v. Maldonado, No. 25-cv-6336, 2025 WL 3277677 (E.D.N.Y. Nov. 25,

2025) (similar); Rodriguez-Acurio v. Almodovar, No. 25-cv-6065, 2025 WL 3314420 (E.D.N.Y. Nov. 28, 2025) (similar); Guerrero v. Noem, No. 25-cv-5881, 2025 WL 3214787 (E.D.N.Y. Nov. 18, 2025) (granting a preliminary injunction and holding that Petitioner who was re-detained while living in the United States was entitled to a bond hearing pursuant to 8 U.S.C. § 1226).

The Court finds that Petitioner has also established that he is currently suffering and will continue to suffer irreparable harm absent injunctive relief and that the balance of equities and the public interest favor the grant of injunctive relief.

The Court hereby GRANTS Petitioner's Motion for a Temporary Restraining Order and orders his immediate release from custody. Respondents are ORDERED to submit a letter on the docket confirming Petitioner's release within 24 hours of this Order. The Court further ORDERS that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker.

**SO ORDERED.**

Dated: December 9, 2025
Central Islip, New York

/s/ (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE