**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
EDWIN JOSUE PADILLA MOLINA,

            Petitioner,

  - against -

FRANCIS DELEON, in his official capacity
as Acting Assistant Field Office Director for
the New York Field Office for Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as U.S. Secretary of Homeland
Security; PAMELA BONDI, in her official
capacity as Attorney General of the United States,

            Respondents.
----------------------------------------------------------X

**JUDGMENT**
CV 25-6526 (JMA)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 23, 2025; finding Petitioner's detention without an individualized custody determination and without a bond hearing violates the Immigration and Nationality Act ("INA") and the Due Process clause of the Fifth Amendment; and granting Petitioner's Petition for a writ of habeas petition pursuant to 28 U.S.C. § 2241, it is

**ORDERED AND ADJUDGED** that Petitioner's detention without an individualized custody determination and without a bond hearing violates the INA and the Due Process clause of the Fifth Amendment; and that Petitioner Edwin Josue Padilla Molina's Petition for a writ of habeas petition pursuant to 28 U.S.C. § 2241 is granted.

Dated: December 23, 2025
       Central Islip, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

                                  By:   /s / James J. Toritto
                                               Deputy Clerk

.